UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:
**Stacy A Johnson**

DEBTOR(s).

Rel. BK No. **11–15418**

**Stacy A Johnson ,**

PLAINTIFF(s).

v.                                         ADV. NO. **11–01163**

**American Education Services
Guarantor/Insurer
Relations–DDB Team ,**

DEFENDANT(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

Summons Issued on   American Education Services Guarantor/Insurer Relations–DDB Team.

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
    Clerk, U.S. Bankruptcy Court
    Western District of Oklahoma
    215 Dean A. McGee Avenue
    Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff
    Marty D Martin
    6440 Avondale Drive Ste 200
    Oklahoma City, OK 73116

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued:
Nov. 8, 2011

FOR THE COURT
Grant E. Price
Court Clerk

By:   Donna Peterson
Deputy Clerk